# EXHIBIT

# 1

10/21/2016
Federal Election Commission
Attn: FOIA Requester Service Center
Room 408
999 E Street NW
Washington, DC 20463

Re: Freedom of Information Act (FOIA) Request

Hello,

This is a request for records under the Freedom of Information Act. I am requesting the following:

1. All receipts, reimbursement forms, or other documents identifying the amounts sought by or paid to commissioners Matthew Petersen, Steven Walther, Lee Goodman, Caroline Hunter, Ellen Weintraub, and Ann Ravel to attend the 2016 Republican or Democratic conventions.

2. All receipts, reimbursement forms, or other documents identifying the amounts sought by or paid to any commission staff (including a commissioner's staffer) to attend the 2016 Republican or Democratic Conventions.

3. A copy of any document listing all FEC Commissioners, members of their staff, or other FEC employees who attended either the 2016 Republican or Democratic Conventions.

4. A copy of the most recent report used by FEC staff to track the status of pending FOIA requests.

5. All documents produced pursuant to a FOIA request made within the past seven years by: Center for Public Integrity, the Wall Street Journal, NBC News, Fox News, CBS News, CNN, the Republican National Lawyers Association, the Democratic National Committee, or the Foundation for Accountability and Civic Trust.

6. Copies of any correspondence between the FEC and any other federal agency concerning a FOIA request filed at the FEC within the past seven years.

7. All communications between Commissioner Ravel and (A) the White House and (B) any current or former member of Commissioner Ravel's staff about Commissioner Ravel visiting the White House or meeting with White House personnel or the President himself.

8. All emails between Commissioner Ravel and anyone at an email address ending in @doj.ca.gov, @governor.ca.gov, or fppc.ca.gov.

9. All emails between commissioners Goodman, Petersen, or Hunter and anyone at an email address ending in @doj.wi.gov or @doj.fl.gov.

10. All emails or documents in the possession of Commissioner Ravel, her staff, or FEC staff more generally concerning her October 2 travels to Columbia regarding the plebiscite, "Final Agreement for the Termination of Conflict and Construction of a Stable and Lasting Peace."

For the purpose of determining what, if any, fees may be assessed in connection with the processing of this request, I am a representative of the news media requesting records as part of a news gathering effort. I am affiliated with the *Washington Examiner* and am not seeking the information for commercial use.

I am willing to pay fees fort his request up to $5.00. Please inform me if the estimated fees will exceed this limit before processing my request.

I also request a waiver of fees for this request. Disclosure of the requested information is in the public interest because it is likely to contribute significantly to the public understanding of the operations or activities of the government and is not primary my commercial interest.

I will accept either physical delivery at the address below or electronic delivery at RudyTakala@Yahoo.com. If you have any questions regarding this request, my telephone number is 320-279-2684.

Thank you,

Rudy Takala
100 Florida Ave. NE, #213
Washington, D.C. 20002