# EXHIBIT

# 2

**From:** Steve Hajjar <shajjar@fec.gov>
**Date:** November 17, 2016 at 3:46:06 PM EST
**To:** "RudyTakala@Yahoo.com" <RudyTakala@Yahoo.com>
**Subject: FEC Freedom of Information Act Request, No. 2017-003**

VIA ELECTRONIC MAIL

Rudy Takala

100 Florida Ave., NE #213

Washington, DC 20002

Email: RudyTakala@Yahoo.com


Re:     FEC Freedom of Information Act Request, No. 2017-003


Dear Mr. Takala:


This email concerns your Freedom of Information Act (FOIA) request to the Federal Election Commission (FEC), which was dated October 21, 2016 and received in our office on October 24, 2016.  Specifically, you requested the following:

- **All receipts, reimbursement forms, or other documents identifying the amounts sought by or paid to commissioners Matthew Petersen, Steven Walther, Lee Goodman, Caroline Hunter, Ellen Weintraub, and Ann Ravel to attend the 2016 Republican or Democratic conventions.**

1

- **All receipts, reimbursement forms, or other documents identifying the amounts sought by or paid to any commission staff (including a commissioner's staffer) to attend the 2016 Republican or Democratic Conventions.**
- **A copy of any document listing all FEC Commissioners, members of their staff, or other FEC employees who attended either the 2016 Republican or Democratic Conventions.**
- **A copy of the most recent report used by FEC staff to track the status of pending FOIA requests.**
- **All documents produced pursuant to a FOIA request made within the past seven years by: Center for Public Integrity, the Wall Street Journal, NBC News, Fox News, CBS News, CNN, the Republican National Lawyers Association, the Democratic National Committee, or the Foundation for Accountability and Civic Trust.**
- **All communications between Commissioner Ravel and (A) the White House and (B) any current or former member of Commissioner Ravel's staff about Commissioner Ravel visiting the White House or meeting with White House personnel or the President himself.**
- **All emails between Commissioner Ravel and anyone at an email address ending in @doj.ca.gov, @governor.ca.gov, or fppc.ca.gov.**
- **All emails between commissioners Goodman, Petersen, or Hunter and anyone at an email address ending in @doj.wi.gov or @doj.fl.gov.**
- **All emails or documents in the possession of Commissioner Ravel, her staff, or FEC staff more generally concerning her October 2 travels to Columbia regarding the plebiscite, "Final Agreement for the Termination of Conflict and Construction of a Stable and Lasting Peace."**

In accordance with 5 U.S.C. § 552(a)(6)(B)(i) and 11 C.F.R. § 4.7(c), we are extending the processing period to respond to your request by ten (10) working days to **December 6, 2016**. This extension is necessary because your request requires consultation with two or more components of the Commission which have a substantial subject matter interest in the request. 11 C.F.R. § 4.7(c)(3). If it becomes necessary to produce documents to you on a rolling basis, you will be promptly notified during the initial document production.

If you have any questions about this letter, you may contact the FOIA Requester Service Center at (202) 694-1650 or by email at FOIA@fec.gov. Please include the following tracking number in all future correspondence regarding this matter – FOIA Request 2017-003.

Sincerely,

Steve N. Hajjar

FOIA Requester Service Center